UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MAILEE HANG and
TOU VANG HANG,
      Plaintiffs,

v.                                                                                  Case No. 24-C-0179

SCOTT R. HALLOIN, et al.,
      Defendants.
_____

## ORDER

Pro se plaintiffs Mailee Hang and Tou Vang Hang filed a complaint on February 6, 2024. They did not, however, prepay the $405 filing fee or request leave to proceed without prepaying it. On February 9, 2024, the Clerk of Court mailed plaintiffs a letter informing them that unless they either paid the full fee or filed a motion for leave to proceed without prepaying it within 21 days, the court may dismiss the case without further notice. (ECF No. 2.) More than 21 days have elapsed since the Clerk sent this warning letter, but plaintiffs have not either paid the fee of moved for leave to proceed without prepaying it. Accordingly, I will dismiss this case without prejudice for failure to pay the fee.

For the reasons stated, **IT IS ORDERED** that this action is dismissed without prejudice for failure to pay the filing fee. The Clerk of Court shall enter final judgment.

Dated at Milwaukee, Wisconsin, this 7th day of March, 2024.

                                                                     /s/ Lynn Adelman
                                                                     LYNN ADELMAN
                                                                     United States District Judge